IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  April 11, 2014 |
| Court Reporter:      Gwen Daniel | Probation: Gary Kruck |

_____

| | |
|---|---|
| Criminal Action No.   12-cr-00242-WJM | _Counsel:_ |
| UNITED STATES OF AMERICA, | Zachary Phillips |
|     Plaintiff, | |
| v. | |
| 9.  KENNIE RAY SNYDER, | Robert Driscoll |
|     Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

10:57 a.m.     Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Sentencing Statement (by Mr. Phillips)

Sentencing Statement (by Driscoll)

The Court addresses the defendant's objections to Presentence Investigation Report

Mr. Driscoll confirms that their objections are withdrawn.

1

**ORDERED:** **There being no objection to the Motion, the Government's Motion for Defendant to Receive the Third Level For Acceptance of Responsibility Under U.S.S.G. §3E.1.1(b) [742] is GRANTED.**

**ORDERED:** **There being no objection to the Government's Motion to Dismiss Counts [750] is GRANTED.  Counts One and Nine of the Indictment are DISMISSED as to Kennie Ray Snyder only.**

**ORDERED:** **The Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 [741] is GRANTED.**

The Court takes up the Defendant's Motion for Variance (Non-Guideline Sentence)

Argument by (Mr. Driscoll)

Defendant's Allocution

**ORDERED:** **The Defendant's Motion for Variance (Non-guideline Sentence) [800] is GRANTED.**

Defendant plead guilty to Count Three of the Indictment on November 14, 2013.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant Kennie Ray Snyder, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of nine months, to be served concurrent to the sentence imposed in Jefferson County District Court Case No. 11 cr 2487, resulting in an effective sentence in this case of TIME SERVED.**

**ORDERED:** **The defendant is ORDERED to pay a FINE of $750.00 into the Crime Victims Fund.**

**ORDERED:** **The defendant is also hereby placed on Supervised Release for a term of three years.**

**Within three days of entry of this Court's Judgment the defendant shall report in person to the probation office of this court.**

**While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.**

> **The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**
>
> **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Conditions of Supervised Release:**

> **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

**ORDERED:** **In addition to the $750.00 Fine, the defendant shall also pay a Special Assessment of $100.00, which shall be due and payable immediately.**

Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances**.**

**ORDERED:** **Defendant's bond is EXONERATED.**

11:33 a.m.   Court in Recess
             Hearing concluded
             Time: 36 minutes