IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No.   12-cr-00242-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9. KENNIE RAY SNYDER,

    Defendant.

---

## ORDER

---

    PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

    ORDERED that Defendant Kennie Ray Snyder is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 11 day of April 2014.

BY THE COURT:

Judge William J. Martínez
United States District Judge